IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| RONALD N. E., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW M. SAUL, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. )<br>) | Civil Action No. 3:19cv281 |

## FINAL ORDER

This matter comes before the Court on the July 31, 2020 Report and Recommendation (the "R&R") issued by the Honorable Elizabeth W. Hanes, United States Magistrate Judge. (ECF No. 17.) The R&R recommends that, because substantial evidence supports the conclusions of the Administrative Law Judge ("ALJ"), the ALJ did not err in finding that Plaintiff's physical conditions proved inconsistent with his subjective complaints. (R&R 11–13, ECF No. 17.) The R&R further explains that the record supports the ALJ's conclusions regarding Plaintiff's Residual Functional Capacity. (R&R 15–20.) No objections to the R&R have been filed and the time to do so has expired.

Finding no error, the Court:

(1) ADOPTS the findings and recommendations as set forth in the R&R, (ECF No. 17);

(2) DENIES Plaintiff's Motion for Summary Judgment, (ECF Nos. 12, 13);

(3) GRANTS Defendant's Motion for Summary Judgment, (ECF No. 15);

(4) AFFIRMS the final decision of the Commissioner; and,

(5) DIRECTS the Clerk to CLOSE this case.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

/s/
_____
M. Hannah Lauck
United States District Judge

Date: August 19, 2020
Richmond, Virginia